In re: Christina Lee Gerding

Case No. (if known)

## ATTACHMENT TO SCHEDULE J - BUSINESS INCOME AND EXPENDITURES

| | **CURRENT MONTHLY BUSINESS INCOME** | |
|---|---|---|
| | Total: | 2,618.91 |
| | | |
| | | |
| | **CURRENT MONTHLY BUSINESS EXPENSES** | |
| | | Amount |
| 1 | Rent/Mortgage | 90.00 |
| 2 | Repair/Upkeep (Home Repairs) | |
| 3 | Electricity and Heating Fuel (CIPS) | 52.00 |
| 4 | Water | 4.00 |
| 5 | Telephone | 18.92 |
| 6 | Garbage | 5.40 |
| 7 | Security | 0.00 |
| 8 | Medical | 0.00 |
| 9 | Insurance: | 0.00 |
| | | |
| 10 | Taxes: | 0.00 |
| | | |
| | | |
| 11 | Internet ("Net") | 70.00 |
| 12 | Installments of Equipment | 0.00 |
| 13 | Maintenance of Equipment (Auto Repair) | 0.00 |
| 14 | Advertising | 0.00 |
| 15 | Inventory | 0.00 |
| 16 | Bank Service Charges | 0.00 |
| 17 | Depreciation | 0.00 |
| 18 | Office Expenses ("Office") | 50.00 |
| 19 | Dues and Publications | 0.00 |
| 20 | Commissions Paid | 0.00 |
| 21 | Interest | 0.00 |
| 22 | Postage | 0.00 |
| 23 | Travel & Entertainment (Movies/Netflix, Gifts, Parties) | 0.00 |
| 24 | Wages and Salaries | 0.00 |
| 25 | Accounting | 0.00 |
| 26 | Employee Benefit Programs | 0.00 |
| 27 | Pensions/Profit Sharing Plans | 0.00 |
| 28 | Production Costs | 0.00 |
| 29 | Cleaning | 0.00 |
| 30 | Supplies and Materials (Food, Crafts, Toys) | 0.00 |
| 31 | Freight | 0.00 |
| 32 | Transportation (Gas) | 0.00 |
| 33 | Licensing | 0.00 |
| 34 | Other: | |
| | Furnishing | 0.00 |
| | | |
| | | |
| | Total Current Monthly Expenses | 290.32 |
| | Excess of Income over Expenses | 2,328.59 |